IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT VINCE,

    Plaintiff,

v.

ROCK COUNTY, WISCONSIN;
TOM NIMAN; ROCK COUNTY
DISTRICT ATTORNEY'S OFFICE;
RAYMOND JABLONSKI; CITY OF
BELOIT, WISCONSIN; and
LORENZO HENDERSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-591-slc

---

    This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants and this case is dismissed.

_____      12/14/09
Peter Oppeneer, Clerk of Court           Date